Luke W. Reese (OSB No. 076129)
lreese@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
1011 Commercial Street N.E.
Salem OR 97301-1049
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| EVEONNE HARPER,<br>                              Plaintiff,<br>vs.<br>MICHAEL'S MESSENGER SERVICE, INC., an Oregon domestic corporation; and MICHAEL ESHELBY, an individual,<br>                             Defendants. | No.        3:17-cv-2067 BR<br><br>**GENERAL JUDGMENT OF DISMISSAL UPON STIPULATION** | |

Based on the stipulation of the parties, the Court finds that this case and all known and unknown disputes between these parties have been fully compromised and settled. Therefore, it is

ORDERED AND ADJUDGED that judgment be entered dismissing this case with prejudice and without attorney fees or costs to either party.

_____    11-6-18
Hon. Anna J. Brown
United States Senior District Judge

**It Is So Stipulated:**

*s/ Alan Leiman*
Alan Leiman (OSB No. 980746)
Attorney for Plaintiff

*s/ Luke W. Reese*
Luke W. Reese (OSB No. 076129)
Attorney for Defendants

GENERAL JUDGMENT OF DISMISSAL UPON STIPULATION:              Page - 1
Richardson v. Michael's Messenger Service, et al.